# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ALLEN QUINTANILLA,** *et al.*

      **Plaintiffs,**

    **v.**

**MANSFIELD CORRECTIONAL
INSTITUTION,** *et al.*

      **Defendants.**

**Case No. 2:13-cv-121**

**Judge Peter C. Economus**

**ORDER**

Plaintiffs Allen Quintanilla and Wayne Castle, Jr. brought this case alleging that Defendant Christopher Lynch, employed by Defendant Mansfield Correctional Institution, failed to investigate and report threats allegedly made by other inmates against Plaintiffs and their families.  In an Order and Report and Recommendation dated March 8, 2013, the Magistrate Judge granted Plaintiffs' motion to proceed *in forma pauperis* and recommended that the case be dismissed under 28 U.S.C. §§ 1915(e)(2) and 1915A.  Section 1915(e)(2) provides that "the court shall dismiss the case . . . if . . . the action . . . (i) is frivolous or malicious [or] (ii) fails to state a claim on which relief may be granted."  In a letter to the Court, Plaintiffs requested review by the District Judge.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court finds that the Magistrate Judge correctly determined that Plaintiffs' complaint fails to state a claim upon which this Court can grant relief.  Therefore, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 5) and **DISMISSES** this case.  The Court directs the Clerk to enter judgment.

    **IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**